# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

LUTHER DRAYTON, : No. 60 EM 2015
:
Petitioner :
:
:
:
:
v. :
:
:
:
COURT OF COMMON PLEAS :
PHILADELPHIA, CRIMINAL DIVISION, :
AND ITS PRESIDENT JUDGE, :
:
Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of July, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus and Extraordinary Relief is **DENIED**.